**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-7219**

───────────

GRAHAM SCHIFF,

        Petitioner - Appellant,

    v.

WARDEN,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:22-cv-03332-TDC)

───────────

Submitted:  June 12, 2025                                          Decided:  July 2, 2025

───────────

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Graham Harry Schiff, Appellant Pro Se.  Andrew John DiMiceli, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Schiff seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 petition and denying his Fed. R. Civ. P. 59(e) motion to reconsider. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Schiff has not made the requisite showing. Accordingly, we deny Schiff's motion for injunctive relief, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*